UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DUSTERHOFT and VICKY
DUSTERHOFT,

    Plaintiffs,                                                     Case No. 09-12372

v.                                                           Honorable Patrick J. Duggan

CERTEGY PAYMENT RECOVERY
SERVICES, INC., CERTEGY, INC.,
CERTEGY CHECK SERVICES, INC., and
FIDELITY NATIONAL INFORMATION
SERVICES, INC.,

    Defendants.
_____/

## JUDGMENT

This matter is before the Court on Defendants' Combined Motion to Dismiss and for Summary Judgment. For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Summary Judgment is granted and Plaintiffs' complaint is **DISMISSED**.

                                                        s/PATRICK J. DUGGAN
                                                        UNITED STATES DISTRICT JUDGE

Date: September 30, 2009

copies to:
David R. Heyboer, Esq.
Michael P. Donnelly, Esq.